**Peter KOSTYSHYN and Patricia Kostyshyn, Defendants Below, Appellants,**

v.

**CITY OF WILMINGTON, Plaintiff Below, Appellee.**

**No. 430, 2015**

Supreme Court of Delaware.

Submitted: September 21, 2015
Decided: October 6, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, C.A. NO. 13J–01724

DISMISSED.

■

**Chip L. MINSTER,[1] Respondent Below, Appellant,**

v.

1. By Order dated June 19, 2015, the Court *sua sponte* assigned pseudonyms to the par-

**Wanda A. ROBERTS, Petitioner Below, Appellee.**

**No. 314, 2015**

Supreme Court of Delaware.

Submitted: September 30, 2015
Decided: October 6, 2015

Court Below—Family Court of the State of Delaware in and for New Castle County, File No. CN15–01998, Pet. No. 15–06504

DISMISSED.

■

**In the MATTER OF a MEMBER OF the BAR of the Supreme Court of State of Delaware:**

**James J. WOODS, Jr., Respondent.**

**No. 527, 2015**

Supreme Court of Delaware.

Submitted: October 7, 2015
Decided: October 7, 2015

ODC File No. 112456–B

Suspended.